**Dismiss and Opinion Filed January 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01446-CV

### IN RE TASCA HOLDINGS, LLC, Relator

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13564**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Nowell
Opinion by Justice Molberg

Before the Court is relator's January 10, 2020 agreed motion to dismiss, by which relator:

a) notified the Court that settlement agreements between relator and all real parties in interest have

been executed; and, b) moves the Court to dismiss this mandamus proceeding. Accordingly, we

**VACATE** our November 26, 2019 stay of the proceedings in the trial court, **GRANT** relator's

motion, and **DISMISS** this mandamus proceeding.

/Ken Molberg//
KEN MOLBERG
JUSTICE

191446f.p05